UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 21-1248 (DSD/LIB)

Chelsea B.,[1]

       Plaintiff,

v.                                                       **ORDER**

Kilolo Kijakazi,
Commissioner of Social Security,

       Defendant.

This matter comes before the court upon the report and recommendation of United States Magistrate Judge Leo I. Brisbois dated July 27, 2022. No objections have been filed to the report and recommendation in the time period permitted.

Accordingly, **IT IS HEREBY ORDERED that:**

1. The report and recommendation [ECF No. 25] is adopted in its entirety;

2. Plaintiff's motion for summary judgment [ECF No. 20] is denied; and

3. Defendant's motion for summary judgment [ECF No. 22] is granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 24, 2022                  /s David S. Doty
                                                                    David S. Doty, Judge
                                                                    United States District Court

---

[1] This district has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Order. Accordingly, where the Court refers to Plaintiff by her name only her first name and last initial are provided.